

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00186-CV

---

In the Interest of S. R. and J. R., Children

---

On Appeal from the 65th District Court
El Paso County, Texas
Trial Court No. 2025DCM2632

---

## J U D G M E N T

The Court has considered this cause on the motion to dismiss. We grant the motion and dismiss the appeal. It appearing to this Court that Appellant is indigent for purpose of appeal, this Court makes no further order with respect to costs. This decision shall be certified below for observance.

IT IS SO ORDERED this 26th day of September 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.